# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Srinivas Kompella, et al., | No. CV-20-00190-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Citizenship and Immigration Services, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Certified Administrative Record (Doc. 44). Upon review and there being no objection from Plaintiffs,

**IT IS ORDERED** that Defendant's Unopposed Motion for Extension of Time to File Certified Administrative Record (Doc. 44) is GRANTED.

**IT IS FURTHER ORDERED** that the parties shall cause the Certified Administrative Record to be transferred to and filed with the District Court on or before **October 15, 2020**.

**IT IS FURTHER ORDERED** that all other deadlines set in the Court's Scheduling Order (Doc. 42) shall remain in effect.

Dated this 2nd day of October, 2020.

Honorable Diane J. Humetewa
United States District Judge